## PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY v. GREB.

[No. 3,738.    Filed October 10, 1901.    Rehearing denied May 22, 1902.]

From Porter Circuit Court; *J. H. Gillett*, Judge.

Action by Carl Greb against the Pittsburgh, Cincinnati, Chicago and St. Louis Railway Company.    From a judgment for plaintiff, defendant appeals.    *Affirmed.*

*N. O. Ross* and *G. E. Ross*, for appellant.

*H. S. Barr*, *J. Kopelke* and *T. H. Heard*, for appellee.

PER CURIAM.—The judgment of the trial court is in all things hereby affirmed.

### ON PETITION FOR REHEARING.

PER CURIAM.—No new reasons are advanced in appellant's petition for a rehearing, why the judgment in this cause should be reversed.    The motion to make more specific is not in any proper way a part of the record, so that no question is raised upon the action of the trial court in overruling this motion.

The complaint is sufficient.    It charges the appellant with negligently permitting the fire to escape from its premises; it avers that appellee was without fault.    Upon these averments the evidence went to the jury and the jury by its general verdict decided both issues in favor of appellee.    The evidence was sufficient upon which the verdict and judgment could legally rest, and the general verdict and facts specially found are not irreconcilable.

The petition for a rehearing is overruled.

## CHURCHMAN ET AL. v. CONNECTICUT MUTUAL LIFE INSURANCE COMPANY.

[No. 4,203.    Filed November 18, 1902.]

From Bartholomew Circuit Court; *F. T. Hord*, Judge.

Suit by the Connecticut Mutual Life Insurance Company against William F. Churchman and others.    From a decree for plaintiff, defendants appeal.    *Affirmed.*

*C. E. Barrett*, *E. A. Brown*, *Ralph Bamberger*, *Isidore Feibleman*, *Simeon Stansifer* and *C. S. Baker*, for appellant.

*Albert Baker*, *Edward Daniels* and *J. M. Berryhill*, for appellees.

PER CURIAM.—It is ordered that the opinion in the above entitled cause, which was handed down May 27, 1902, be, and the same is, withdrawn, and the judgment is affirmed.